UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 13598
   SCOTT A CORYELL
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-6906
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 04/06/04 and confirmed on 05/28/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 161055.32 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 105567.65 | .00 | 105567.65 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 46665.91 | .00 | 46665.91 |
| CHASE HOME FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK VISA | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH PRESBYTERIAN ST LUK | UNSECURED | NOT FILED | .00 | .00 |
| ST PAUL FEDERAL BANK | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 152233.56 | .00 | .00 | .00 | 152233.56 |
| PRINCIPAL PAID | 152233.56 | .00 | .00 | .00 | 152233.56 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 152233.56 | .00 | .00 | .00 | 152233.56 |

The Debtor's attorney, LAVELLE LEGAL SERVICES     , was allowed $      .00
and was paid $      .00 .

The Trustee received $   6639.85 .

Refunds to the Debtor totaled $   2181.91 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 05/21/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 04 B 13598 SCOTT A CORYELL